**Butler Snow LLP**

Martin A. Sosland (TX Bar No.18855645)
Candice Carson (TX Bar No. 24074006)
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Tel: (469) 680-5500
Fax: (469) 680-5501
E-mail:  martin.sosland@butlersnow.com
             candice.carson@butlersnow.com

PROPOSED COUNSEL FOR THE
DEBTOR

**Butler Snow LLP**

Adam M. Langley (*pro hac vice* pending)
Kenneth Groce (*pro hac vice* pending)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Tel: (901) 680-7200
Fax: (901) 680-7201
E-mail: adam.langley@butlersnow.com
            kenneth.groce@butlersnow.com

**Butler Snow LLP**

Xan Flowers (*pro hac vice* pending)
1819 Fifth Avenue North, Suite 1000
Birmingham AL 35203
Tel: (205) 297-2200
Fax: (205) 297-2201
E-mail: xan.flowers@butlersnow.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| **TARRANT COUNTY SENIOR LIVING CENTER, INC., D/B/A THE STAYTON AT MUSEUM WAY**[1], | § § § § | **CASE NO. 24-33082** |
| | § | |
| Debtor. | § § | |

**NOTICE OF FILING DEBTOR'S AMENDED LIST OF CREDITORS HOLDING
THIRTY LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS**

**PLEASE TAKE NOTICE** that on the date hereof, the above-captioned debtor and debtor in possession (the "***Debtor***") filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Texas for relief under chapter 11 of title 11 of the United States Code. As part of the petition, the Debtor included the Debtor's list of creditors holding the thirty largest unsecured claims on a consolidated basis (the "***Top 30 List***").

---

[1] The last four digits of the Debtor's federal tax identification number is 8602.

**PLEASE TAKE FURTHER NOTICE** that attached as **Exhibit A** hereto is an amended version of the Top 30 List (the "***Amended Top 30 List***").

[*Remainder of page intentionally blank*]

Dated: October 1, 2024

By: /s/ *Martin A. Sosland*
Martin A. Sosland (TX Bar No.18855645)
Candice Carson (TX Bar No. 24074006)
BUTLER SNOW LLP
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Tel: (469) 680-5500
Fax: (469) 680-5501
E-mail:martin.sosland@butlersnow.com
candice.carson@butlersnow.com

Adam M. Langley (*pro hac vice* pending)
Kenneth Groce (*pro hac vice* pending)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite500
Memphis, TN 38119
Tel: (901) 680-7200
Fax: (901) 680-7201
E-mail:adam.langley@butlersnow.com
kenneth.groce@butlersnow.com

Xan Flowers (*pro hac vice* pending)
BUTLER SNOW LLP
1819 Fifth Avenue North, Suite 1000
Birmingham AL 35203
Tel: (205) 297-2200
Fax: (205) 297-2201
E-mail: xan.flowers@butlersnow.com

*Proposed Counsel for the Debtor*

# **EXHIBIT A**

AMENDED TOP 30 LIST

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Tarrant County Senior Living Center Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known): | 24-33082 |

☑ Check if this is an amended filing

## Official Form 204 (Modified)

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders 12/15

Following is the list of the Debtors' creditors holding the 30 largest unsecured claims. The list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (i) claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31) or (ii) claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amazon Capital Services | PO BOX 035184 Seattle, WA 98124 | Trade payable | | | | $1,040.71 |
| Person 1 [Redacted] | | Entrance fee obligation | | | | $779,900.00 |
| Person 2 [Redacted] | | Entrance fee obligation | | | | $779,900.00 |
| Person 3 [Redacted] | | Entrance fee obligation | | | | $784,072.00 |
| Person 4 [Redacted] | | Entrance fee obligation | | | | $689,900.00 |
| Person 5 [Redacted] | | Entrance fee obligation | | | | $685,297.80 |
| Person 6 [Redacted] | | Entrance fee obligation | | | | $599,700.50 |
| Person 7 [Redacted] | | Entrance fee obligation | | | | $519,900.00 |
| Person 8 [Redacted] | | Entrance fee obligation | | | | $505,080.00 |
| Person 9 [Redacted] | | Entrance fee obligation | | | | $487,500.00 |
| Person 10 [Redacted] | | Entrance fee obligation | | | | $487,500.00 |
| Person 11 [Redacted] | | Entrance fee obligation | | | | $483,904.00 |
| Person 12 [Redacted] | | Entrance fee obligation | | | | $472,005.00 |
| Person 13 [Redacted] | | Entrance fee obligation | | | | $441,909.00 |
| Person 14 [Redacted] | | Entrance fee obligation | | | | $419,320.80 |
| Person 15 [Redacted] | | Entrance fee obligation | | | | $391,410.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Person 16 [Redacted] | | Entrance fee obligation | | | | $381,900.00 |
| Person 17 [Redacted] | | Entrance fee obligation | | | | $369,900.00 |
| Person 18 [Redacted] | | Entrance fee obligation | | | | $367,254.00 |
| Person 19 [Redacted] | | Entrance fee obligation | | | | $287,671.50 |
| Person 20 [Redacted] | | Entrance fee obligation | | | | $287,671.50 |
| Person 21 [Redacted] | | Entrance fee obligation | | | | $279,864.00 |
| Person 22 [Redacted] | | Entrance fee obligation | | | | $270,960.00 |
| Person 23 [Redacted] | | Entrance fee obligation | | | | $277,965.00 |
| Person 24 [Redacted] | | Entrance fee obligation | | | | $265,335.00 |
| Person 25 [Redacted] | | Entrance fee obligation | | | | $261,919.00 |
| Person 26 [Redacted] | | Entrance fee obligation | | | | $38,990.00 |
| Person 27 [Redacted] | | Monthly service fee refunds | | | | $5,086.76 |
| Superior Parking Services | 10108 Poinsett Way Fort Worth, TX 76108 817-443-7356 | Trade payable | | | | $3,850.25 |
| Southwaste Disposal, LLC | PO Box 53988 Layfette, LA 70505 | Trade payable | | | | $1,198.31 |

**Fill in this information to identify the case and this filing:**

Debtor Name _____Tarrant County Senior Living Center, Inc._____

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (If known): __24-33082__

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration____See Attachment_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/01/2024__           ✗ __/s/ Jeff Gentry_____
MM / DD / YYYY                             Signature of individual signing on behalf of debtor

                                          __Jeff Gentry_____
                                          Printed name

                                          __SVP and Chief Financial Officer__
                                          Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

## Attachment to Official Form 202

1. Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Modified Form 204)