

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 22, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **TARRANT COUNTY SENIOR LIVING** | § | Case No. 24-80068-swe11 |
| **CENTER, INC., D/B/A THE STAYTON AT** | § | |
| **MUSEUM WAY,**[1] | § | |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |

## FINAL DECREE AND ORDER CLOSING THE DEBTOR'S CHAPTER 11 CASE

Upon consideration of the Motion (the "***Motion***")[2] of Tarrant County Senior Living Center, Inc., the above-captioned reorganized debtor (the "Debtor"), for entry of a final decree and order (the "***Final Decree***") (i) closing the Debtor's Chapter 11 Case, (ii) terminating the appointment and services of services of Kroll Restructuring Administration LLC ("***Kroll***"), as claims, noticing ,and solicitation agent in this Chapter 11 Case, and (iii) granting related relief, all as more fully

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 8602.
[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein; and venue being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that the relief requested in the Motion is in the best interest of the Debtor's estate, creditors, and other parties-in-interest; and it appearing that the Debtor's Chapter 11 Case has been fully administered; and it appearing that due and appropriate notice of the Motion has been given and that no further notice need be given; and good and sufficient cause appearing therefor; it is hereby **ORDERED** that:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, the Debtor's chapter 11 bankruptcy case, *In re Tarrant County Senior Living Center, Inc.*, Case No. 24-80068, is hereby closed effective as of the date hereof; *provided*, *however*, the Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Order and all matters set forth in section 11 of the Plan.

3. The Clerk of the Court shall provide an appropriate entry on the docket of the Debtor's Chapter 11 Case providing that a final decree has been entered and that this Chapter 11 Case is deemed closed as of the date hereof.

4. Entry of this Final Decree is without prejudice to any party-in-interest's right to seek to reopen the Debtor's Chapter 11 Case in accordance with section 350(b) of the Bankruptcy Code and rule 5010 of the Bankruptcy Rules.

5. The Debtor shall pay, when due, any fees accrued and owing under 28 U.S.C. § 1930 with respect to any disbursements made in the Debtor's Chapter 11 Case through the date

of this Final Decree.  Additionally, the Debtor shall pay any amounts approved by the Court with respect to the Fee Application.

6.   The appointment and services of Kroll shall be terminated as of the date hereof. Kroll shall have no further obligations to the Court, the Debtor, or any party-in-interest with respect to Kroll's engagement as claims, noticing, and solicitation agent in this Chapter 11 Case.

7.   Notwithstanding any Bankruptcy Rule to the contrary, this Final Decree shall be immediately effective and enforceable upon its entry.

# # # END OF ORDER # # #

Order submitted by:

**BUTLER SNOW LLP**

By: */s/ Candice M. Carson*
Martin A. Sosland (TX Bar No.18855645)
Candice Carson (TX Bar No. 24074006)
BUTLER SNOW LLP
2911 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
Tel:  (469) 680-5500
Fax:  (469) 680-5501
E-mail: martin.sosland@butlersnow.com
         candice.carson@butlersnow.com

Adam M. Langley (admitted *pro hac vice*)
Kenneth Groce (admitted *pro hac vice*)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite500
Memphis, TN 38119
Tel: (901) 680-7200
Fax:  (901) 680-7201
E-mail: adam.langley@butlersnow.com
         kenneth.groce@butlersnow.com

Xan Flowers (admitted *pro hac vice*)
BUTLER SNOW LLP
1819 Fifth Avenue North, Suite 1000
Birmingham AL 35203
Tel:  (205) 297-2200
Fax:  (205) 297-2201
E-mail: xan.flowers@butlersnow.com